Corrected Opinion Filed 11/01/23 by Clerk of the Supreme Court

# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 200

| | |
|---|---|
| Abel Perez Padilla, | Plaintiff and Appellant |
| v. | |
| Kaiyla Marie Klimpel, | Defendant and Appellee |
| and | |
| State of North Dakota, | Statutory Real Party in Interest |

### No. 20230099

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Richard L. Hagar, Judge.

AFFIRMED.

Per Curiam.

Rina Morales-Holmes (argued) and Kyle R. Craig (appeared), Minot, ND, for plaintiff and appellant.

Kaiyla M. Klimpel, Minot, ND, defendant and appellee.

**Per Curiam.**

[¶1]   Abel Perez Padilla appeals from a district court order denying his motion to modify primary residential responsibility for the child he has with Kaiyla Klimpel. Padilla argues the court erred in denying his motion because there was evidence showing a material change in circumstances and the court's findings are clearly erroneous. After a review of the record, we conclude the court's findings were not clearly erroneous and we are not left with a definite and firm conviction a mistake has been made. *See Scott v. Scott*, 2021 ND 128, ¶ 7, 962 N.W.2d 408.

[¶2]   Perez Padilla further argues the district court erred in finding modification was not necessary to serve the best interests of the child. Because we have concluded the court did not clearly err in finding no material change in circumstances is dispositive of the appeal, we need not address the court's findings on whether modification of primary residential responsibility serves the best interests of the child. *See Scott*, 2021 ND 128, ¶ 13 (concluding it was unnecessary for the district court to consider whether a change in primary residential responsibility would serve the children's best interests because the court found no material change in circumstances occurred). We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr

1